IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZANNE ALAWA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-cv-130 (RBW) |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant. ) | |

### O R D E R

Having considered the United States' motion to dismiss the complaint, together with the memorandum in support thereof, and having further considered plaintiff's [lack of] opposition thereto, the Court concludes that the motion ought to be granted. Accordingly, it is this _____ day of _____, 2006, at Washington, District of Columbia,

ORDERED that the United States' motion to dismiss be and is GRANTED;

ORDERED that plaintiff's complaint be and is DISMISSED; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

1626317.1

COPIES TO:

PAT S. GENIS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044

SUZANNE ALAWA
Plaintiff *Pro Se*
99-101D Waipao Place
Aiea, HI 96701

<u>CERTIFICATE OF SERVICE</u>

  IT IS CERTIFIED that the foregoing United States' proposed ORDER was caused to be served upon plaintiff *pro se* on April 4, 2006, by putting a copy in the United States' mail, postage prepaid, addressed as follows:

    SUZANNE ALAWA
    Plaintiff *Pro Se*
    99-101D Waipao Place
    Aiea, HI 96701


        /s/ Pat S. Genis
        PAT S. GENIS, #446244

1626317.1