IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SUZANNE ALAWA | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:06-130 (RBW) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## UNITED STATES' MOTION TO DISMISS COMPLAINT

DEFENDANT, the United States of America, by and through its attorneys and under Fed. R. Civ. P. 12(b), moves for dismissal of plaintiff's amended complaint.

As grounds for this motion, the United States asserts that plaintiff failed to properly serve the United States with a summons and complaint, and therefore, the Court lacks jurisdiction over the person of the United States. The grounds for relief are more fully set forth and discussed in a memorandum of law served and filed with this motion.

The specific relief sought by this motion is dismissal of the amended complaint.

DATED: April 4, 2006.

Respectfully submitted,

/s/ Pat S. Genis
PAT S. GENIS, #446244
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044
Phone/Fax: (202) 307-6390/514-6866
Email: pat.genis@usdoj.gov

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the UNITED STATES' MOTION TO DISMISS COMPLAINT was served on April 4, 2006, by sending a copy by first-class mail, postage prepaid, addressed as follows:

>Suzanne Alawa
>Plaintiff *Pro Se*
>99-101D Waipao Place
>Aiea, HI 96701

>   /s/ Pat S. Genis
>PAT S. GENIS, #446244