UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
SUZANNE ALAWA,                      )
                                    )
    Plaintiff,                      )
                                    )
v.                                  )   Civil Action No. 06-130 (RBW)
                                    )
UNITED STATES OF AMERICA,           )
                                    )
    Defendant.                      )
_____ )

**ORDER**

On April 5, 2006, the defendant filed a motion to dismiss. The plaintiff failed to file an opposition within the time prescribed by Local Rule 7(b) ("[w]ithin 11 days of the date of service . . . an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion."). Accordingly, this Court issued an Order pursuant to Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988) and Neal v. Kelly, 963 F.2d 453 (D.C. Cir. 1992), advising the plaintiff that failure to file an opposition to the defendant's motion by June 28, 2006, would result in the Court treating the motion as conceded and entering judgment in favor of the defendant. June 14, 2006 Order. The plaintiff has not filed an opposition. Accordingly, it is hereby this 30th day of June, 2006,

**ORDERED** that the defendant's motion is **GRANTED**. It is further

**ORDERED** that this case is **DISMISSED**.

**SO ORDERED** this 30th day of June, 2006.

                                                Reggie B. Walton
                                                United States District Judge