Suzanne Alawa
99-101D Waipao Place
Aiea, Hawaii 96701

Plaintiff
Judiciary Act of 1789 § 35

RECEIVED
AUG - 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# district court of the United States[1]
# District of Columbia

| | |
|---|---|
| Suzanne Alawa, | Case Nº: 1:2006cv00130 RBW |
| Plaintiff, | MOTION TO REINSTATE |
| v. | |
| UNITED STATES OF AMERICA | |
| Respondent. | |

COMES NOW Suzanne Alawa, in her own right, <u>Faretta v. California,</u> 422 US 809, reserving her right to Assistance of Counsel, Id., AMENDMENT VI, UNITED STATES CONSTITUTION, JUDICIARY ACT OF 1789, 1 Stat. 73, § 35, and 28 USC § 2072(b), and the INTERNATIONAL COVENANT ON CIVIL AND POLITICAL RIGHTS, implemented by EXECUTIVE ORDER 13107 on December 10, 1998, <u>63 Federal Register 240, pp 68991-68993</u> and hereby responds moves the Court to reinstate the above-captioned case.

This motion is supported by the following:

I.  Plaintiff's original Response to defendant's Motion to Dismiss, SEE Exhibit 1, was mailed first class to the Court on or about 24 April, 2006.

II. Although Plaintiff is unable to prove the above statement, defendant's attorney received a copy of Plaintiff's original Response on 1 May, 2006. SEE Exhibit 2.

III. On 22 June, 2006, Plaintiff received the Court's ORDER of June 14, 2006 (hereinafter, "Fox-Neal Order") by first class mail, becoming on that date aware that her original

---

[1] As designated in Title 26, United States Code, § 7433.

Response had apparently been omitted from the record in the instant case. The Fox-Neal Order mandated a response be filed by June 28, 2006.

IV. Notwithstanding Plaintiff's confusion, Plaintiff sent an Amended Response to Motion to Dismiss, SEE Exhibit 3, on 26 June, 2006 by United States Postal Service Express Mail, bearing USPS Tracking Number EQ 102688934 US. SEE Exhibit 3.

V. Delivery was guaranteed by the United States Postal Service for 28 June, 2006, the deadline set by the Court in the Fox-Neal Order.

VI. On 21 July, 2006, Plaintiff received notice that defendant's agency Internal Revenue Service, had issued a Notice of Levy against her bank account. SEE Exhibit 4. Plaintiff subsequently was able to confirm the suspicion that the IRS action, which had been in unofficial abeyance pending adjudication, was due to the dismissal of the above-captioned case on 30 June, 2006.

VII. Upon investigation, Plaintiff discovered that her Amended Response to Motion to Dismiss had, like her original response, not been filed.

VIII. Plaintiff's inquiry with the United States Postal Service resulted in the USPS admission that Plaintiff's Amended Response was scheduled for delivery by 3 PM on 28 June, but was apparently "mishandled and not dispatched according to postal procedures."

SUMMARY

Plaintiff, diligently prosecuting her case, responded timely to the motion to dismiss.

Upon becoming aware through the Court's Fox-Neal Order that her response had apparently not found its way into the record, Plaintiff filed an Amended Response and supported same with an Affidavit.

Plaintiff has produced USPS receipts as evidence of her diligence.

Yet, Plaintiff's case has been unjustly dismissed, resulting in Plaintiff being levied.

Plaintiff seeks reinstatement of the above-captioned case, and, upon reinstatement, reconsideration of her Amended Response, including its affidavit.

*****

*****

*****

1  Respectfully entered by United States Postal Service REGISTERED MAIL # _____
2  RB828287827us this **28th** day of July, 2006.

3  _____*Suzanne Alawa*_____
   Suzanne Alawa

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Certificate of Service

I, Suzanne Alawa, hereby certify that I sent a copy of the foregoing by United States Postal Service REGISTERED MAIL # RB828 287 827 US this 28th day of July, 2006, to:

PAT S. GENIS, #446244
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044