1  Suzanne Alawa
2  99-101D Waipao Place
   Aiea, Hawaii 96701
3
4  Plaintiff
   Judiciary Act of 1789 § 35
5

# district court of the United States[1]
# District of Columbia

| | |
|---|---|
| Suzanne Alawa, | Case N°: 1:2006cv00130 |
| Plaintiff, | RESPONSE TO MOTION TO DISMISS |
| v. | |
| UNITED STATES OF AMERICA | (Jury Trial Demanded) |
| Respondent. | |

COMES NOW Suzanne Alawa, in her own right, Faretta v. California, 422 US 809, reserving her right to Assistance of Counsel, Id., AMENDMENT VI, UNITED STATES CONSTITUTION, JUDICIARY ACT OF 1789, 1 Stat. 73, § 35, and 28 USC § 2072(b), and the INTERNATIONAL COVENANT ON CIVIL AND POLITICAL RIGHTS, implemented by EXECUTIVE ORDER 13107 on December 10, 1998, 63 Federal Register 240, pp 68991-68993 and hereby responds, objects to and moves to strike/deny defendants' motion to dismiss:

I.  Counsel's motion is a substantive and procedural nullity, is frivolous on its face, and is interposed for the sole purpose of delaying this litigation and increasing the cost and expense of this litigation.

    A.  Counsels attempt to avoid subject matter and personal jurisdiction by misrepresenting that service was improper and that plaintiff(s) have not exhausted administrative remedies is unwarranted by existing law, and fails to present a good faith basis for extension, modification or reversal of existing law. Sanctions

---
[1] As designated in Title 26, United States Code, § 7433.

Page 1 of 3

1

Certificate of Service

2
3
   I, Suzanne Alawa, hereby certify that I placed a copy of the foregoing Response to Motion to Dismiss in the United States mail addressed to:

4
5
6
PAT S. GENIS, #446244
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

```
                    AIEA
                 AIEA, Hawaii
                  967019998
                1424030200-0095
06/26/2006       (808)483-0010      01:19:51 PM
----------------- Sales Receipt -----------------
Product          Sale    Unit           Final
Description      Qty     Price          Price

WASHINGTON DC 20044                     $0.63
First-Class
  1.10 oz.
    Return Rcpt (Green Card)            $1.85
    Certified                           $2.40
    Label #:     7003168000072346975
                                       ========
             Issue PVI:                 $4.88

WASHINGTON DC 20001 EM                 $14.40
PO-Add Flat Rate
  2.40 oz.
    Label #:     EQ102688934US
    2nd Day 3PM  / Normal
    Delivery
                                       ========
             Issue PVI:                $14.40

39c Franklin     20     $0.39           $7.80
300 PSA
                                     -----------
Total:                                 $27.08

Paid by:
Cash                                   $50.00
Change Due:                           -$22.92

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to
USPS.com/clicknship to print shipping
labels with postage.  For other
information call 1-800-ASK-USPS.
Bill#:  1000500789739
Clerk:  15

--- All sales final on stamps and postage. ---
    Refunds for guaranteed services only.
          Thank you for your business.
                 Customer Copy
```

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.63 |
| Certified Fee | | $2.40 |
| Return Reciept Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.88 |

Postmark
AIEA HI 96701
JUN 26 2006
06/26/2006
USPS

7003 1680 0007 2304 6975

Sent To: PAT S. GENIS, #446244
Street, Apt. No.; or PO Box No. PO BOX 227
City, State, ZIP+4 WASHINGTON DC 20044

PS Form 3800, June 2002                See Reverse for Instructions