| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  MAY 0 1 2006  C. Date of Delivery |
| 1. Article Addressed to:<br>PAT S. GENIS, # 446244<br>TRIAL ATTORNEY, TAX DIVISION<br>U.S. DEPT. OF JUSTICE<br>POST OFFICE BOX 227<br>WASHINGTON, DC 20044 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 0750 0001 6059 8020 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

