Suzanne Alawa
99-101D Waipao Place
Aiea, Hawaii 96701

RECEIVED
FEB - 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff
Judiciary Act of 1789 § 35

# district court of the United States[1]
# District of Columbia

Suzanne Alawa,            Case Nº: 1:2006cv00130 RBW

    Plaintiff,            NOTICE OF DEFENDANT'S FAILURE TO COMPLY

    v.

UNITED STATES OF AMERICA            (Jury Trial Demanded)

    Respondent.

COMES NOW Suzanne Alawa, in her own right, Faretta v. California, 422 US 809, reserving her right to Assistance of Counsel, Id., AMENDMENT VI, UNITED STATES CONSTITUTION, JUDICIARY ACT OF 1789, 1 Stat. 73, § 35, and 28 USC § 2072(b), and the INTERNATIONAL COVENANT ON CIVIL AND POLITICAL RIGHTS, implemented by EXECUTIVE ORDER 13107 on December 10, 1998, 63 Federal Register 240, pp 68991-68993 and hereby GIVES NOTICE OF DEFENDANT'S FAILURE TO COMPLY with the Court's Order of January 10, 2007.

In reinstating the instant case, Order, January 10, 2007, the Court ordered Plaintiff to File the Amended Response (that was attached to her motion to reinstate as Exhibit 3) by January 22, 2007, and ordered defendant to reply thereto by January 29, 2007.

As of February 1, 2007, defendant, in clear and blatant violation of the Court's Order, has failed to reply.

Defendant, in failing to reply, has further conceded that summary judgment in Plaintiff's

---

[1] As designated in Title 26, United States Code, § 7433.

1  favor is appropriate.
2      Based upon defendant's concession, Plaintiff respectfully requests the Court GRANT
3  summary judgment in Plaintiff's favor.
4  Respectfully entered this 2ND day of February, 2007.
5
6                                    Suzanne Alawa

Certificate of Service

I, Suzanne Alawa, hereby certify that placed a copy of the foregoing NOTICE OF DEFENDANT'S FAILURE TO COMPLY in the United States mail addressed to:

PAT S. GENIS, #446244
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044

# district court of the United States
# District of Columbia

Suzanne Alawa,  Case Nº: 1:2006cv00130

Plaintiff,  **ORDER**

v.

UNITED STATES OF AMERICA

Respondent.

Based upon defendant's failure to reply, by January 29, 2007, to Plaintiff's Amended Response to defendant's motion to dismiss for insufficiency of service; and,

Based upon defendant's failure to oppose, by January 29, 2007, Plaintiff's request for summary judgment incorporated in Plaintiff's Amended Response;

Therefore, good cause appearing:

**IT IS ORDERED:**

That defendant's motion to dismiss for insufficiency of service is **DENIED**.

**IT IS FURTHER ORDERED:**

That Plaintiff's motion for summary judgment, incorporated into Plaintiff's Amended Response, is **GRANTED**, this ____ day of February, 2007.

_____
District Judge

Page 1 of 1