IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SUZANNE ALAWA | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:06-130 (RBW) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' REPLY**

The United States submits this memorandum to address one point raised by plaintiff in opposition to the motion to dismiss.1/ The United States otherwise relies on its motion to dismiss.

Plaintiff argues that parties may effect service under Fed. R. Civ. P. 4(i)(1)(A). Parties may <u>not</u> serve initial process under Fed. R. Civ. P. 4(c)(2). This is true even when service is effected by certified or registered mail as described in Fed. R. Civ. P. 4(i). *See e.g., Otto . United States,* 2006 WL 2270399, *2 (D.D.C. 2006) ("[W]hile Rule 4(i) may govern *how* service may be effected in a suit against the United Sates, it does not change Rule 4(c)(2)'s requirements governing *who* may effect service.") (emphasis in original) (citing *Bernard v. I.R.S.*, 1991 WL 327960, at *3 (N.D. Fl. 1991); *Herman v. Comm'r of Internal Revenue Service*, 1990 WL 10023593, at *1 (C.D. Cal. 1990), *Perkel v. United States*, 2001 WL 58964, * 1 (N.D. Cal. 2001)). Because plaintiff, herself, attempted

---

1/ Plaintiff's argument that the United States' motion to dismiss is actually a motion for summary judgment is clearly frivolous and requires no further response.

to serve the United States, she did not comply with rule 4(c)(2); and therefore, she failed to effect proper service on the United States.

      DATE: February 13, 2007.      Respectfully submitted,

                                        /s/ Pat S. Genis
                                        PAT S. GENIS, #446244
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        Post Office Box 227
                                        Washington, DC  20044
                                        Phone/Fax:  (202) 307-6390/514-6866
                                        Email: pat.genis@usdoj.gov

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the UNITED STATES' REPLY was served upon plaintiff *pro se* on February 13, 2007, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

> Suzanne Alawa
> *Plaintiff pro se*
> 99-101D Waipao Place
> Aiea, HI 96701

> /s/ Pat S. Genis
> PAT S. GENIS, #446244